```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

          IN RE:                                       CASE NO. 08 B 01192
             JEANNE MARIE DAMMASSA
                                                       CHAPTER 13

                                                       JUDGE: JOHN H SQUIRES

                      Debtor
             SSN XXX-XX-3600


          ------------------------------------------------------------------------------
                              TRUSTEE'S FINAL REPORT AND ACCOUNT
          ------------------------------------------------------------------------------
               Glenn Stearns, Chapter 13 Standing Trustee, submits the following
          Final Report and Account of the administration of the estate pursuant to
          11 USC 1302(b)(1).

             1.  The case was filed on 01/18/08 and confirmed on 06/20/08.

             2.  The case was converted to Chapter 7 after confirmation, 09/30/2008.

             3.  The Debtor paid a total of $    1704.00 .

             4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JANE H WALKER PHD | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| UNION BANK | UNSECURED | NOT FILED | .00 | .00 |
| UNION BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

```
The Debtor's attorney, MELVIN J KAPLAN                , was allowed $   3500.00
and was paid $    1606.24 .

The Trustee received $     97.76 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/17/08                        /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
   CASE NO. 08 B 01192 JEANNE MARIE DAMMASSA
```